Judge: Hon. Christopher M. Alston
Chapter: 7

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:

CHRIS YOUNG DONG YOO,
JIEUN SONG YOO,

     Debtors.

---

EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee for the Estate of Chris Young Dong Yoo and Jieun Song Yoo,

     Plaintiff.

    v.

CHRIS YOUNG DONG YOO and JIEUN SONG YOO, husband and wife, and the marital community composed thereof,

     Defendants.

Bankruptcy No. 16-10191-CMA

Adversary Case No. 16-01179-CMA

***EX PARTE* MOTION FOR ENTRY OF ORDER OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS**

   Plaintiff Chapter 7 Trustee Edmund J. Wood, by and through his counsel of record, Denice Moewes and Wood & Jones, P.S., moves this Court for an Order of Default against Defendants Chris Young Dong Yoo and Jieun Song Yoo, husband and wife, and their marital community ("Defendants"). In support of this Motion, the Plaintiff asserts and alleges as follows:

*EX PARTE* MOTION FOR ENTRY OF ORDER OF DEFAULT AND DEFAULT JUDGMENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 1

1. This Motion is brought pursuant to Fed. R. Civ. P. 7012 and 7055, and Fed. R. of Civ. P. 12 and 55.

2. The Plaintiff initiated the above-captioned Adversary Proceeding by filing a Complaint (docket #1) on July 22, 2016.

3. A Summons and Notice of Pretrial Conference ("Summons") was issued by the Court on July 26, 2016 (docket #2). The Summons and Complaint were served on Defendant on July 27, 2016 (Docket #4). The Summons, and the Complaint were served on Defendants by regular First Class mail, as required by Bankruptcy Rule 7004(b), also by Certified Mail. The Summons and Complaint were served on the Defendants, at the address listed on the schedules which has not been changed with the Clerk of the Court, and on Debtors' counsel.

The Certified envelopes were returned as unclaimed, but the envelopes sent First Class mail were not returned. *See* Supplemental Proof of Service (Docket #7).

4. Pursuant to Fed. R. Bankr. P. 7012 and the Summons, Defendants were required to file and serve a motion or an answer to the Complaint within 30 days after the date of issuance of the Summons, i.e. on or before August 25, 2016. To date, no answer or other responsive pleadings have been filed with the Court or received by the Plaintiff or his counsel. Accordingly, Defendants have failed to plead or otherwise defend as required by the Federal Rules of Bankruptcy Procedure and the Plaintiff is entitled to a Judgment by Default.

5. Fed. R. Civ. P. 55 (b)(2) (made applicable pursuant to Fed. R. Bankr. P. 7055) requires at least three days' notice of the Application for Default Judgment where the party or the party's representative had made an appearance in the action. Otherwise, the default can be sought *ex parte* based upon the declarations or other evidence of the party's failure to plead or otherwise defend.

*EX PARTE* MOTION FOR ENTRY OF ORDER OF DEFAULT AND DEFAULT JUDGMENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 2

Case 16-01179-CMA    Doc 8    Filed 08/29/16    Ent. 08/29/16 13:38:12    Pg. 2 of 3

Here, there has been no appearance in this action by Defendants or any representative of Defendants and, and as such, *ex parte* relief is appropriate. The Defendants' requisite failure to plead or defend is evidenced by the Official ECF docket for this action.

6. Filed concurrently herewith are an Order of Default and a Judgment.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order of Default and a Judgment against Defendants Chris Young Dong Yoo and Jieun Song Yoo, and their marital community, for such other and further relief as the Court may deem just and proper.

Dated this 29th day of August, 2016.

                                      WOOD & JONES, P.S.

                                      */s/ Denice Moewes*
                                      Denice Moewes, WSBA #19464
                                      Attorney for Trustee/Plaintiff
                                      Edmund J. Wood

*EX PARTE* MOTION FOR ENTRY OF ORDER OF DEFAULT AND DEFAULT JUDGMENT     **Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 3

Case 16-01179-CMA  Doc 8  Filed 08/29/16  Ent. 08/29/16 13:38:12  Pg. 3 of 3