**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Judge: Hon. Christopher M. Alston
Chapter: 7

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>CHRIS YOUNG DONG YOO,<br>JIEUN SONG YOO,<br><br>Debtors. | Bankruptcy No. 16-10191-CMA<br><br>Adversary Case No. 16-01179-CMA |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee for the Estate of Chris Young Dong Yoo and Jieun Song Yoo,<br>Plaintiff.<br>v.<br><br>CHRIS YOUNG DONG YOO and JIEUN SONG YOO, husband and wife, and the marital community composed thereof,<br><br>Defendants. | ***EX PARTE* ORDER OF DEFAULT AGAINST DEFENDANTS** |

EDMUND J. WOOD is the Chapter 7 Trustee ("Trustee") in the above-captioned case and the Plaintiff in the above-referenced Adversary Proceeding. The Trustee filed a Complaint

***EX PARTE*** **ORDER OF DEFAULT**    **Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 1

Case 16-01179-CMA    Doc 11    Filed 08/30/16    Ent. 08/30/16 16:06:32    Pg. 1 of 3

**Below is the Order of the Court.**

in this Court on July 22, 2016 (Docket #1). The Summons in an Adversary Proceeding (Docket #2) was issued on or about July 26, 2016, and was served by Plaintiff on Defendants on July 27, 2016 (Docket #4), as evidenced by the Declaration of Mailing on file with the Court. The Summons, along with the Complaint, was served on Defendants by regular First Class mail, as required by Bankruptcy Rule 7004(b), and also by Certified Mail. The Certified Mail envelopes were returned as unclaimed, but the envelopes sent First Class mail were not returned. *See* Supplemental Proof of Service (Docket #7).

The Summons required that Defendants file an Answer to the Complaint within 30 days of the issuance of the Summons, and thus these Defendants had until August 25, 2016, to file an Answer.

This Adversary Proceeding is one arising in the Chapter 7 case of the above-named Debtors now pending in this Court. This Court has jurisdiction over the Adversary Proceeding pursuant to 28 U.S.C. Section 157.

The Court, having reviewed the Motion for an Order granting Plaintiff an Order of Default and entry of a Default Judgment, and the records and pleadings filed herein; the Court being fully advised that Defendants Chris Young Dong Yoo and Jieun Song Yoo were regularly served with process as required by Bankruptcy Rule 7004(b), are properly within the jurisdiction of this Court, and have failed to answer the Plaintiff's Complaint filed herein, thus Plaintiff is entitled to Judgment herein.

ORDERED, ADJUDGED AND DECREED the Defendants Chris Young Dong Yoo and Jieun Song Yoo, and their marital community, are declared to be in default, and the Plaintiff shall be entitled to the relief requested in the Complaint by the presentation of a Judgment without further notice.

/ / /

*EX PARTE* **ORDER OF DEFAULT**

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 2

**Below is the Order of the Court.**

/ / / END OF ORDER \ \ \

Presented by

WOOD & JONES, P.S.

_/s/ Denice Moewes_____
Denice Moewes, WSBA #19464
Attorney for Chapter 7 Trustee/Plaintiff
Edmund J. Wood

*EX PARTE* **ORDER OF DEFAULT**　　　　　　　　　　　　　　　　　　**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 3