

**Submitted But not Entered.**

_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**ORDER NOT ENTERED: Default judgment will be entered only upon presentation of one or more declarations with evidence supporting allegations in the complaint.**

Judge:     Hon. Christopher M. Alston
Chapter:  7

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>CHRIS YOUNG DONG YOO,<br>JIEUN SONG YOO,<br><br>          Debtors. | Bankruptcy No. 16-10191-CMA<br><br>Adversary Case No. 16-01179-CMA |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee for the Estate of Chris Young Dong Yoo and Jieun Song Yoo,<br><br>          Plaintiff.<br>       v.<br><br>CHRIS YOUNG DONG YOO and JIEUN SONG YOO, husband and wife, and the marital community composed thereof,<br>          Defendants. | **DEFAULT JUDGMENT DENYING DEFENDANTS' DISCHARGE** |

DEFAULT JUDGMENT DENYING DEFENDANTS' DISCHARGE

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 1

THIS MATTER came before the Court upon Plaintiff's *Ex Parte* Motion for Entry of Default and Default Judgment (the "Motion"). This Court has reviewed and considered the Motion, any and all evidence submitted in support of the Motion, and the records and files herein. The Court (1) found Defendants CHRIS YOUNG DONG YOO and JIEUN SONG YOO (the "Defendants") to be in default, (2) granted the Motion, and (3) entered its Order of Default.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

A.       Plaintiff Edmund J. Wood, Chapter 7 Trustee, is granted judgment by default against the Defendants;

B.       The Defendants' discharge in the above-captioned chapter 7 case ("the Case") is hereby denied pursuant to 11 U.S.C. §§ 727(a)(3)(2), (a)(4), (a)(5), and (a)(6).

/// END OF ORDER ///

Presented by:

WOOD & JONES, P.S.

/s/ Denice E. Moewes
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee
Edmund J. Wood

DEFAULT JUDGMENT DENYING DEFENDANTS' DISCHARGE            **Wood & Jones, P.S.**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Page 2